UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALI AFSHAR,

                                    Plaintiff,

                  -against-

FOOD AND DRUG ADMINISTRATION,

                                    Defendant.

25-CV-7411 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated March 10, 2026, the Court directed Plaintiff, within 30 days, to resubmit the signature page of the complaint with a signature. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not submitted the completed signature page. Accordingly, the complaint is dismissed without prejudice. *See* Fed. R. Civ. P. 11(a).

In light of this order, the Court denies Plaintiff's motions at ECF Nos. 7 and 8. The Clerk of Court is directed to terminate those motions.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Court directs the Clerk of Court to enter judgment in this case

SO ORDERED.

Dated:    April 23, 2026
          New York, New York

                                    /s/ Laura Taylor Swain
                                    LAURA TAYLOR SWAIN
                                    Chief United States District Judge