UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALI AFSHAR,

                                    Plaintiff,

                    -against-

FOOD AND DRUG ADMINISTRATION.,

                                    Defendant.

25 CIVIL 007411 (LTS)

CIVIL JUDGMENT

For the reasons stated in the April 23, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:    April 24, 2026

         New York, New York

                                    /s/ Laura Taylor Swain
                                    LAURA TAYLOR SWAIN
                                    Chief United States District Judge